# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **JAMIE S. ROARK** | **CASE NO. 3:18-CV-0736** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ANDREW SAUL, COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's Petition for Attorney Fees [doc. # 24] is **GRANTED IN PART**, and that the Commissioner shall remit to plaintiff's counsel a check made payable to plaintiff Jamie S. Roark for attorney fees in the amount of $7,735.00 (44.2 hours at $175.00 per hour) plus court costs of $411.20 ($400 filing fee and $11.20 copying charges), together with postal expenses of $22.23.

**IT IS FURTHER ORDERED** that the motion [doc. # 24] otherwise is **DENIED**.

Monroe, Louisiana, this 27th day of December, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE